PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>CHRISTY CANNON | Violation Notice Nos.: 5:21-po-00495-JLT-1<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CITATIONS AND RECALL OF WARRANTS AND/OR ABSTRACTS |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to: 1) Dismiss the citations listed in Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants and/or abstracts associated with the citations listed in Attachment "A."

/ / /

/ / /

/ / /

/ / /

1 | The United States believes that prosecution of the citations is no longer advisable or practicable
2 | due to lapse of time or insufficiency of evidence.

4 | DATED: December 31, 2024              Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:    /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that the citations attached hereto in Attachment "A" are DISMISSED and that any outstanding warrants and/or abstracts are RECALLED.

.

DATED: January 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Citations to be Dismissed and Warrants Recalled]

| Location Code | Defendant Name | Violation |
|---|---|---|
| CA26 | CANNON, CHRISTY RENEE | E1163168 |
| CA32 | TERRY, DANIEL J | FAFE0004 |
| CA35 | ROBIN, PHINEX I | F4661589 |
| CA3F | RODGERS, DEJANEE SHREE | 3872691 |
| CA3F | MOODY, KENNETH W | 4426004 |
| CA40 | DESANTOS JR, GERARDO | F3829009 |
| CA40 | ATENCIO, ALYSSA NICOLE | F3829014 |
| CA40 | CASTELLON, MARCELINO | 4608332 |
| CA40 | LEYVA, JOSE S | F4555930 |
| CA40 | CRICK, STEPHEN ROBERT | F3883186 |
| CA40 | REEVES, RHONDA LEIGH | F4571870 |
| CA40 | ROBLES, DANIEL | F3883181 |
| CA40 | HERNANDEZ, JIMMY | F3979096 |
| CA40 | SEARCH, NATHAN C | F4252776 |
| CA40 | TRUXAL, DALE L | F4413361 |
| CA40 | MCDONALD, ANGELICA | FBBP0025 |
| CA40 | RYDER, AVERY | FBBP0026 |
| CA40 | BECK, BRIAN | F4555807 |
| CA40 | DELGADO SR, ANDREW | F3979320 |
| CA40 | WINTER, LEE | F3979321 |
| CA40 | HOWIE, KRISTOPHER S | FBBP001V |
| CA40 | SALEM, DANA M | FBBP001S |